# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

DORINDA M. MEADOWS,

    Plaintiff,

v.                            CASE NO. 5:09cv351-RH/WCS

MICHAEL J. ASTRUE,

    Defendant.

_____/

## ORDER OF AFFIRMANCE

This case is before the court on the magistrate judge's report and recommendation (document 20). No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The Commissioner's decision denying the plaintiff's application for disability benefits is AFFIRMED. The clerk must enter judgment and close the file.

SO ORDERED on September 23, 2010.

                                        s/Robert L. Hinkle
                                        United States District Judge